Case 1:22-cv-00563-AMD-VMS   Document 13   Filed 05/24/22   Page 1 of 2 PageID #: 81



| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | MICHAEL PESIN-VIROVETS<br>*Senior Counsel*<br>phone: (212) 356-2617<br>fax: (212) 356-3509<br>mpvirove@law.nyc.gov |

May 24, 2022

**BY ECF**
Honorable Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    Payamps v. City of New York, et al.
                  22-CV-00563 (AMD) (VMS)

Your Honor:

        I am a Senior Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and the attorney representing defendants the City of New York ("City"), Mayor Bill de Blasio, Commissioner Dermot Shea, and NYPD Chief of Department Terence Monahan (collectively "defendants") in the above-referenced matter. Defendants write to respectfully request for an enlargement of time to file a Joint Proposed Case Management Plan ("CMP") and for an adjournment of the Initial Conference currently scheduled for June 7, 2022 to a time convenient for the Court after defendants have filed their answer. This is the first request for an enlargement of time to file a CMP and for an adjournment of the Initial Conference. Plaintiff consents to this request.

        By way of procedural background, Plaintiff filed the complaint in this action on January 31, 2022. See ECF No. 1. On February 2, 2022, the Court issued a Scheduling Order directing the parties to complete a CMP no later than May 24, 2022 and for the parties to appear at a Telephonic Initial Conference on June 7, 2022 at 11:30 A.M. See ECF No. 6. The City was served in this matter on March 22, 2022 and its initial deadline to respond to the complaint was on April 12, 2022. See ECF No. 10. On April 1, 2022, the City filed for an enlargement of time, on consent, from April 12, 2022 until June 13, 2022 to answer or otherwise respond to the complaint. See ECF No. 11. On May 13, 2022, the Court granted the City's request. See ECF No. 13.

        Accordingly, because the CMP plan and Initial Conference are currently scheduled to take place before the defendants' time to answer or respond to the complaint, defendants

respectfully request for an enlargement of these deadlines until a time convenient for the Court after defendants have filed their answer or otherwise responded to the complaint on June 13, 2022. This will allow defendants to more meaningfully participate in the planning of discovery in this matter.

Defendants thank the Court for its time and consideration of this request.

By: /s/ _____
Michael Pesin-Virovets
*Senior Counsel*

cc: **By ECF**
Elena Louisa Cohen
Cohen Green PLLC
*Attorney for Plaintiff*

Remy Green
Cohen & Green
*Attorney for Plaintiff*

Jessica S. Massimi
99 Wall Street, Ste. 1264
New York, NY 10005
*Attorney for Plaintiff*

Gideon Orion Oliver
Attorney at Law
277 Broadway
Suite 1501
New York, NY 10007
*Attorney for Plaintiff*