

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | T<small>HE</small> C<small>ITY OF</small> N<small>EW</small> Y<small>ORK</small><br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | **MICHAEL PESIN-VIROVETS**<br>*Senior Counsel*<br>Email: mpvirove@law.nyc.gov<br>Cell: (646) 596-0583<br>Tel: (212) 356-2617 |

July 6, 2022

**VIA ECF**
Honorable Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>Payamps v. City of New York et al.</u>,
22-CV-0563 (AMD) (VMS)

Your Honor:

I am a Senior Counsel in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendants City of New York ("City"), Mayor Bill de Blasio, New York City Police Commissioner Dermot Shea, New York City Police Department ("NYPD") Chief of Department Terence Monahan, Police Officer Daniel Auguste, and Police Officer Corey Johnson (collectively "Defendants") in the above-referenced matter. The undersigned writes to respectfully request a two-day enlargement of time, from July 6, 2022 to July 8, 2022 to file the parties' joint letter regarding coordinating discovery in this matter. This is Defendant's first request for such an enlargement. Plaintiff consents to this request.

By way of background, on June 28, 2022, the parties filed a Joint Proposed Case Management Plan ("CMP") along with a letter informing the Court that the parties are diligently attempting to work-out an unresolved issue as to whether Defendants would consent to a stipulation to coordinate discovery in this matter with <u>In re NY City Policing During Summer 2020 Demonstrations</u>, 20-CV-8924 (CM) (GWG) (S.D.N.Y.) ("<u>Summer 2020</u>"). In furtherance of this effort, the parties respectfully requested leave to file letters detailing any outstanding questions and the parties' respective positions by July 6, 2022.

The reason for the instant request is the undersigned has been handling a number of pressing deadlines on other matters and, as such, requires a brief extension to finalize Defendants' position as to coordinated discovery in this case. In light of the foregoing, Defendants respectfully request a two-day enlargement of time, from July 6, 2022 to July 8, 2022 to file the parties' joint letter regarding coordinating discovery in this matter.

- 2 -

Defendants thank the Court for its time and consideration of this request.

By: /s/
Michael Pesin-Virovets
*Senior Counsel*

cc: **By ECF**
Elena Louisa Cohen
Cohen Green PLLC
*Attorney for Plaintiff*

Remy Green
Cohen & Green
*Attorney for Plaintiff*

Jessica S. Massimi
99 Wall Street, Ste. 1264
New York, NY 10005
*Attorney for Plaintiff*

Gideon Orion Oliver
Attorney at Law
277 Broadway
Suite 1501
New York, NY 10007
*Attorney for Plaintiff*

M.K. Kaishian
Cohen & Green
*Attorney for Plaintiff*