UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

**KEDWIN PAYAMPS,**

                           *Plaintiff*,

           - against -

**THE CITY OF NEW YORK; MAYOR BILL DE BLASIO; NEW YORK CITY POLICE DEPARTMENT ("NYPD") COMMISSIONER DERMOT SHEA; NYPD CHIEF OF DEPARTMENT TERENCE MONAHAN; NYPD INSPECTOR JESSE LANCE; NYPD OFFICER COREY JOHNSON; FIRST NAME UNKNOWN ("FNU") AUGUSTE (Tax I.D. 961629); and NYPD MEMBERS JOHN AND JANE DOES 1-7**

                           *Defendants*.

------------------------------------------------------------------------X

Index No. 1:22-CV-00563-AMD-VMS

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                             : SS.:
COUNTY OF KINGS     )

1. I, CHRISTINE DRISCOLL, being duly sworn, hereby depose and say:

2. I am over 18 years of age and a non-party to this action.

3. I am a Law Clerk for Gideon Orion Oliver, Esq. and Cohen&Green P.L.L.C., attorneys for Plaintiff in the above captioned matter.

4. On July 8, 2022, I served true copies of this Court's Orders, dated and docketed July 5, 2022, and July 7, 2022, upon Defendant Lance by placing them in a sealed overnight mail envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to:

    Inspector Jesse Lance
    Housing Borough Brooklyn
    25 Central Ave. 2nd FL
    Brooklyn, NY 11206

                                                                                _____
                                                                                 CHRISTINE DRISCOLL

Sworn to before me this
<u>8th</u> day of <u>July</u> 2022

*Regina Yu*
_____
Notary Public

THIS REMOTE NOTARIAL ACT INVOLVED THE USE OF COMMUNICATION TECHNOLOGY

REGINA YU
QUALIFIED IN KINGS COUNTY
COMM. # 01YU6424450
EXPIRES: 11/01/2025