AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York 

| | |
|---|---|
| Kedwin Payamps </br> *Plaintiff* </br> v. </br> City of New York, et al. </br> *Defendant* | Case No. 22-cv-00563-AMD-VMS |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Inspector Jesse Lance

Date:   07/27/2022

*Attorney's signature*

Louis C. La Pietra (2862118)
*Printed name and bar number*
30 Glenn Street Suite 105
White Plains, NY 10603

*Address*

Lou@Lapietrakrieger.com
*E-mail address*

(914) 684-6000
*Telephone number*

(914) 287-6460
*FAX number*