

Gmail MK Kaishian <mkkaishian@gmail.com>

# [FPC] Summary of ECF Activity

1 message

**ecf_bounces@nyed.uscourts.gov** <ecf_bounces@nyed.uscourts.gov> Thu, Aug 11, 2022 at 12:01 AM
To: nobody@nyed.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***** NOTE TO PUBLIC ACCESS USERS *****
**This Daily Summary Report may contain documents for which one or more of the following policies apply:**

**Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**There is no charge for viewing opinions.**

**Activity has occurred in the following cases:**

[Additional Text Omitted]

**1:22-cv-00576-FB-RER Acosta et al v. City of New York et al**
**Initial Conference Hearing** ( No document attached )

**Docket Text:**
Minute Entry for proceedings held before Magistrate Judge Ramon E. Reyes, Jr:Initial Conference Hearing held on 8/10/2022. Case called. Plaintiff represented by Mixed. Remy Green present with co-counsel MK Kaishian. Defendants represented by Carolyn Depoian, and Michael Pesin-Virovets. Discussions held on the record re [16] Letter with CMP and identifying outstanding disputes from 26(f) conference, and [17]Letter Opposing Coordination of Discovery. By 8/17/22, parties to submit the Proposed Sample Coordination Order for review and approval by Magistrate Judge Reyes. The Case Management Plan [16-1] is entered and denying plaintiffs' motion for costs requested in DKT. No. [16]. Final Pretrial Conference set for 2/14/2023 at 10:30 AM in Courtroom 13D South before Magistrate Judge Ramon E. Reyes, Jr., Telephone Conference set for 11/16/2022 at 10:30 AM dialing 1-888-684-8852, then enter access code 5496961# to appear before Magistrate Judge Ramon E. Reyes Jr. (FTR Log #RER Webex Audio.) Contact the E.S.R., Dept., at (718) 613-2590 to order the transcript. (Vertus, Miriam)

Exhibit 9, p. 1 of 1