

October 4, 2022

Hon. Vera M. Scanlon, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201

<u>By Electronic Filing.</u>

  Re: <u>Payamps v. City of New York</u>, 22-cv-00563

Dear Judge Scanlon:

  I am co-counsel for Plaintiff in this matter. I write to request an adjournment of the time to make a demand the Court set in its September 7, 2022 Minute Order — and relatedly to ask the Court to refer the case to the mediation program. Defendant Lance consents to this request, and the other Defendants have not taken a position (as to the specific request — as set out below, the mediation process generally is something the City-represented Defendants are on board with) because I understand their counsel to be out of the office.

  We had initially planned to make a demand in the time the Court set. However, in the time since then, our firm and the Law Department have discussed setting up a process for mediating a raft of cases in this District arising out of the Summer 2020 protests. That process is running through the Court's mediation office, and those involved on the Court side have let me know in this case Plaintiff ought to ask for a referral at this point. We are hopeful the mediation will be productive and will help the parties avoid unnecessary litigation.

  Relatedly, we believe it would be best if Plaintiff makes his demand through that process, given the situation of this in particular, if that is acceptable to the Court. Defendant Lance has no objection, and though the City Defendants have not responded, my understanding is that moving the entire settlement process to the mediation program in a case-by-case way would be consistent with the general goals of handling this raft of cases through mediation rather than litigation. That said, we have absolutely no issue with Defendants submitting an objection to this request later — and would only ask that the Court excuse us from serving the demand following any such objections.

  As always, I thank the Court for its attention to this matter.

              Respectfully submitted,

              /s/
              _____

              J. Remy Green
               *Honorific/Pronouns: Mx., they/their/them*



**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by ECF.

Page 2 of 2

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385  ·  t : (929) 888.9480  ·  f : (929) 888.9457  ·  FemmeLaw.com