

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**THE CITY OF NEW YORK**
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**MICHAEL PESIN-VIROVETS**
*Senior Counsel*
Email: mpvirove@law.nyc.gov
Cell: (646) 596-0583
Tel: (212) 356-2617

November 14, 2022

**VIA ECF**
Honorable Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     Payamps v. City of New York et al.,
        22-CV-0563 (AMD) (VMS)

Your Honor:

I am a Senior Counsel in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendants City of New York ("City"), Mayor Bill de Blasio, New York City Police Commissioner Dermot Shea, New York City Police Department ("NYPD") Chief of Department Terence Monahan, Police Officer Daniel Auguste, and Police Officer Corey Johnson (collectively "Defendants") in the above-referenced matter. Defendants write in accordance with the Court's October 7th, 2022 Order directing defendants to respond to plaintiff's letter dated October 4th, 2022[1]. (See ECF No. 31).

Defendants join plaintiff's application to refer the instant case to the mediation program. Moreover, the parties have been diligently conferring with the Court's mediation office. Currently, mediation in this case is scheduled for January 12, 2023. Thus, defendants' belated response will not delay the parties joint interest to pursue mediation.

---

[1] Defendants apologize for not complying with the Court's October 7th, 2022 Order directing defendants to respond to plaintiff's letter by October 12, 2022.

- 1 -

Defendants thank the Court for its time and consideration.

By:  /s/

Michael Pesin-Virovets
*Senior Counsel*

cc:     **By ECF**
        Elena Louisa Cohen
        Cohen Green PLLC
        *Attorney for Plaintiff*

        Remy Green
        Cohen & Green
        *Attorney for Plaintiff*

        Jessica S. Massimi
        99 Wall Street, Ste. 1264
        New York, NY 10005
        *Attorney for Plaintiff*

        Gideon Orion Oliver
        Attorney at Law
        277 Broadway
        Suite 1501
        New York, NY 10007
        *Attorney for Plaintiff*

        M.K. Kaishian
        Cohen & Green
        *Attorney for Plaintiff*

        Louis C. La Pietra
        La Pietra & Krieger, P.C.
        30 Glenn Street Suite 105
        White Plains, NY 10603
        *Attorney for Defendant Lance*