

December 8, 2022

Hon. Vera M. Scanlon, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201

By Electronic Filing.

    Re:    <u>Payamps v. City of New York</u>, 22-cv-00563

Dear Judge Scanlon:

    I am co-counsel for Plaintiff in this matter.  I write on behalf of all parties in response to the November 21, 2022 and December 7, 2022 Orders directing the parties to inform the Court of the mediator selection. The parties apologize for missing this deadline.  Judge Gold has agreed to mediate this matter remotely and for no fee on January 12, 2023.

    Separately, the parties previously agreed on a proposed confidentiality order filed at ECF No. 32. The parties respectfully request that the Court endorse this proposed Order.

    The parties thank the Court for its time and consideration.

    Respectfully submitted,

    /s/
    _____

    Jessica Massimi
    *Pronouns: She/Her*
    **COHEN&GREEN P.L.L.C.**
    *Attorneys for Plaintiff*
    1639 Centre St., Suite 216
    Ridgewood, New York 11385

cc:
All relevant parties by ECF.