

December 19, 2022

Hon. Vera M. Scanlon, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201

<u>By Electronic Filing.</u>

      Re:    <u>Payamps v. City of New York</u>, 22-cv-00563

Dear Judge Scanlon:

    I am co-counsel for Plaintiff in this matter. I write on behalf of Plaintiff to request an extension of time for joinder and amendments to the pleadings, until January 27, 2023.[1] Defendants consent to this request. The reason for this request is that Plaintiff expects to receive interrogatory and document request responses from Defendants by December 22, 2022, which are necessary to identify the John Doe defendants here and otherwise amend the complaint. Depending on the responses, depositions may also be necessary. Additionally, there is a mediation scheduled for January 12, 2023 in this matter, which may resolve this case.

    We thank the Court for its time and consideration.

                                           Respectfully submitted,

                                           /s/
                                        _____

                                        Elena L. Cohen
                                          *Pronouns: She/Her*
                                        **COHEN&GREEN P.L.L.C.**
                                        *Attorneys for Plaintiff*
                                        1639 Centre St., Suite 216
                                        Ridgewood, New York 11385

cc:
All relevant parties by ECF.

---

[1] Joinder and amendment of pleadings was initially set for October 28, 2022. The parties subsequently agreed to move this date to December 20, 2022.