

January 13, 2022

Hon. Vera M. Scanlon, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201

<u>By Electronic Filing.</u>

    Re:    <u>Payamps v. City of New York</u>, 22-cv-00563

Dear Judge Scanlon:

    I am co-counsel for Plaintiff in this matter. I write on behalf of all parties in response to the January 1, 2023 Order stating that once the parties select the mediation date, the Court will determine whether to reschedule the 2/22/23 conference and 2/7/23 status report. The parties have rescheduled the mediation for February 17th.

    The parties thank the Court for its time and consideration.

                                        Respectfully submitted,

                                        /s/
                                      _____

                                      Jessica Massimi
                                        *Pronouns: She/Her*
                                      **COHEN&GREEN P.L.L.C.**
                                        *Attorneys for Plaintiff*
                                        1639 Centre St., Suite 216
                                        Ridgewood, New York 11385

cc:
All relevant parties by ECF.