

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | **MICHAEL PESIN-VIROVETS**<br>*Senior Counsel*<br>phone: (212) 356-2617<br>fax: (212) 356-3509<br>mpvirove@law.nyc.gov |

February 21, 2023

<u>**VIA ECF**</u>
Honorable Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   <u>Payamps v. City of New York et al.</u>,
      22-CV-0563 (AMD) (VMS)

Your Honor:

I am a Senior Counsel in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendants City of New York ("City"), Mayor Bill de Blasio, New York City Police Commissioner Dermot Shea, New York City Police Department ("NYPD") Chief of Department Terence Monahan, Police Officer Daniel Auguste, and Police Officer Corey Johnson (collectively "Defendants") in the above-referenced matter.

On February 17, 2023, the parties attended mediation with retired Magistrate Judge Steven M. Gold. At the conclusion of the mediation, Judge Gold issued a settlement recommendation, which the parties have until March 1, 2023 to accept. In light of Judge Gold's recommendation, the parties write jointly to respectfully request (1) an enlargement of time, from February 21, 2023 to March 13, 2023[1], for the parties to file their joint status letter and (2) an adjournment, *sine die,* of the status conference scheduled for February 22, 2023 until the parties have exhausted settlement through mediation.

---

[1] In the event the parties are unable to settle the matter by March 1, 2023, the parties request until March 13, 2023 to file a joint status letter as to outstanding discovery. This request is being made with the understanding that Mr. La Pietra, counsel for defendant Jesse Lance, will be unavailable from March 3, 2023 until March 10, 2023 due to travel.

The parties thank the Court for its consideration of this request.

Respectfully submitted,

By: _____

Michael Pesin-Virovets
*Senior Counsel*

**cc:** **By ECF**

Elena Louisa Cohen
Cohen Green PLLC
*Attorney for Plaintiff*

Remy Green
Cohen & Green
*Attorney for Plaintiff*

Jessica S. Massimi
99 Wall Street, Ste. 1264
New York, NY 10005
*Attorney for Plaintiff*

Gideon Orion Oliver
Attorney at Law
277 Broadway
Suite 1501
New York, NY 10007
*Attorney for Plaintiff*

M.K. Kaishian
Cohen & Green
*Attorney for Plaintiff*

Louis C. La Pietra
La Pietra & Krieger, P.C.
30 Glenn Street Suite 105
White Plains, NY 10603
*Attorney for Defendant Jesse Lance*