# LA PIETRA & KRIEGER, P.C.

**ATTORNEYS AND COUNSELORS AT LAW**
30 Glenn Street, Suite 105
White Plains, NY 10603
www.excoplawyer.com

**Tel. (914) 684-6000**
Fax (914) 287-6460

Louis C. La Pietra*  
Michael J. Krieger^

Legal Assistants  
Khris Kerr  
Darlene Brienza

Of Counsel  
Frank M. Rutigliano*  
Adrienne J. Orbach*

*Also admitted in Connecticut  
^Also admitted in New Jersey

April 3, 2023

The Honorable Vera M. Scanlon  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 11201

By Electronic Filing

Re: *Kedwin Payamps v. City of New York, et al.* 22-CV-0563 (AMD) (VMS)

Dear Judge Scanlon:

As you may recall, I am counsel for Defendant Inspector Lance in this matter. I hereby submit this letter to humbly request that the in-person status conference that your Honor has scheduled for April 11, 2023, at 4:30 PM in Courtroom 13A South before your Court be alternatively held by video conference in lieu of an in-person appearance.

The reason for this request is that my office is located in Westchester County, and as such a 4:30 PM court appearance on a Friday afternoon will result in additional costs and fees for the Captains Endowment Association Union, which is paying for Inspector Lance's representation. A video conference would avoid this.

I would like to thank Your Honor for the Court's consideration in this matter.

Respectfully submitted,

/s/

Louis C. La Pietra

                                                                                                                                                                  La Pietra & Krieger, PC
                                                                                                                                                                  Attorney for Defendant Inspector Lance

Case 1:22-cv-00563-AMD-VMS   Document 44   Filed 04/03/23   Page 2 of 2 PageID #: 374