# LA PIETRA & KRIEGER, P.C.
ATTORNEYS AND COUNSELORS AT LAW
30 Glenn Street, Suite 105
White Plains, NY 10603
www.excoplawyer.com

Tel. (914) 684-6000
Fax (914) 287-6460

Louis C. La Pietra*  
Michael J. Krieger^

Of Counsel  
Frank M. Rutigliano*  
Adrienne J. Orbach*

*Also admitted in Connecticut  
^Also admitted in New Jersey

Legal Assistants  
Khris Kerr  
Darlene Brienza

April 20, 2023

The Honorable Vera M. Scanlon  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 11201

By Electronic Filing

Re: *Kedwin Payamps v. City of New York, et al.* 22-CV-0563 (AMD) (VMS)  
Motion to be relieved as counsel for Defendant Inspector Lance

Dear Judge Scanlon:

As you may recall, I currently represent Defendant Inspector Jesse Lance in the above referenced matter. Subsequent to our last court conference of April 11, 2023, the New York City Law Department has undertaken representation of my client.

Pursuant to today's teleconference with Assistant Corporation counsel Michael Pesin-Virovets, my understanding is that he will be filing a Notice of Appearance shortly.

Therefore, in light of the foregoing, I am requesting to be relieved as counsel for Defendant Inspector Jess Lance.

Respectfully submitted,

Louis C. La Pietra (LL 6978)  
La Pietra & Krieger, P.C.  
30 Glenn Street Suite 105  
White Plains, NY 10603  
(914) 684-6000

C: ACC Michael-Pesin Virovets  
Jessica Massimi, Esq.  
Inspector Jesse Lance  
Captains Endowment Association