UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X
KEDWIN PAYAMPS

                                  Plaintiff,        **NOTICE OF APPEARANCE**

        -against-

THE CITY OF NEW YORK ET AL.                22-CV-0563 (AMD) (VMS)

                                Defendants.
------------------------------------------------------------------------------X

        **PLEASE TAKE NOTICE** that **Michael Pesin-Virovets**, Senior Counsel, appears as counsel of record on behalf of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for defendant Inspector Jesse Lance.

Dated:  New York, New York
         April 20, 2023

                                        HON. SYLVIA O. HINDS-RADIX
                                        Corporation Counsel of the City of New York
                                        *Attorney for defendants City, de Blasio, Shea, Monahan, Johnson, Auguste, and Lance.*

                  By:    /s/ _____
                                        Michael Pesin-Virovets
                                        Senior Counsel
                                        Special Federal Litigation Division
                                        New York City Law Department
                                        100 Church Street
                                        New York, New York 10007
                                        212.356.2617

CC:    All counsel (via ECF)