

June 12, 2023

Hon. Vera M. Scanlon, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201

<u>By Electronic Filing.</u>

**Re:**     **<u>Payamps v. City of New York</u>, 22-cv-00563**

Dear Judge Scanlon:

    We are co-counsel for Plaintiff in this matter.  We write in response to the Court's June 7, 2023 Order directing Plaintiff to file a letter as to his decision as to the requests for admission. Plaintiff has elected not to withdraw his requests for admission. We thank the Court for its time.

Respectfully submitted,

/s/
_____

Jessica Massimi
*Pronouns: She/Her*
Remy Green
*Pronouns/Honorific:  they, them / Mx.*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by ECF.

