

June 21, 2023

**SUMMONS RIDER**

1.
Matthew Erdman (Tax # 960500)
ESU #6 - Floyd Bennett Field
3519 Flatbush Avenue
Brooklyn, NY 11234

2.
Kevin Forrester (Tax 957596)
Narc. Boro Brooklyn
1 Police Plaza, Room 110A
New York, NY 10038

3.
Matthew Lambert (Tax 956820)
13 Det. Squad
230 East 21st Street
New York, NY 10010

4.
Nathaniel Lester (Tax 961885)
77th Precinct
127 Utica Avenue
Brooklyn, NY 11213

5.
Kitwane Lewis (Tax 951915)
Intel - 1 Police Plaza, 11th Floor
NY, NY 10038

6.
Ryon Malcolm (Tax 925654)
Patrol Boro Brooklyn North
179 Wilson Avenue
Brooklyn, NY 11237



   7.
Janelle Nerette (Tax 956972)
Housing Borough Brooklyn
25 Central Avenue, 2nd Floor
Brooklyn, NY 11206

   8.
Kenneth Noonan (Tax 924257)
Chief of Dept. Inv. Review Sect.
1 Police Plaza, 13th Floor
New York, NY 10038

   9.
Randy Shapiro (Tax 920831)
Chief of Departmental Inv. Review Sect.
1 Police Plaza, 13th Floor
NY, NY 10038

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York  ·  11385  ·  t : (929) 888.9480  ·  f : (929) 888.9457  ·  FemmeLaw.com

2