

June 21, 2023

**SUMMONS RIDER**

   1.
Matthew Erdman (Tax # 960500)
ESU #6 - Floyd Bennett Field
3519 Flatbush Avenue
Brooklyn, NY 11234

   2.
Kevin Forrester (Tax 957596)
Narc. Boro Brooklyn
1 Police Plaza, Room 110A
New York, NY 10038

   3.
Matthew Lambert (Tax 956820)
13 Det. Squad
230 East 21st Street
New York, NY 10010

   4.
Nathaniel Lester (Tax 961885)
77th Precinct
127 Utica Avenue
Brooklyn, NY 11213

   5.
Kitwane Lewis (Tax 951915)
Intel - 1 Police Plaza, 11th Floor
NY, NY 10038

   6.
Ryon Malcolm (Tax 925654)
Patrol Boro Brooklyn North
179 Wilson Avenue
Brooklyn, NY 11237



7.
Janelle Nerette (Tax 956972)
Housing Borough Brooklyn
25 Central Avenue, 2nd Floor
Brooklyn, NY 11206

8.
Kenneth Noonan (Tax 924257)
Chief of Dept. Inv. Review Sect.
1 Police Plaza, 13th Floor
New York, NY 10038

9.
Randy Shapiro (Tax 920831)
Chief of Departmental Inv. Review Sect.
1 Police Plaza, 13th Floor
NY, NY 10038

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York  ·  11385  ·  t : (929) 888.9480  ·  f : (929) 888.9457  ·  FemmeLaw.com

2

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| *Plaintiff(s)* <br> v. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____ was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: