UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

KEDWIN PAYAMPS,

                                Plaintiff,

              -against-                    **RULE 68**
                                          **OFFER OF JUDGMENT**

THE CITY OF NEW YORK, MAYOR BILL DE
BLASIO, COMMISSIONER DERMOT SHEA, NYPD
CHIEF OF DEPARTMENT TERENCE MONAHAN,      22-CV-0563 (AMD) (VMS)
DANIEL AUGUSTE, COREY JOHNSON, AND JESSE
LANCE,

                                Defendants.

------------------------------------------------------------------------ x

        Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendants, and any defendant who is currently or subsequently named and hereafter represented by the Office of the Corporation Counsel in this action, hereby offer to allow plaintiff Kedwin Payamps to take a judgment against the City of New York in this action for the total sum of Fifty Thousand and One ($50,001.00) Dollars, plus reasonable attorneys' fees, expenses, and costs to the date of this offer for plaintiff's federal claims.

        This judgment shall be in full satisfaction of all federal and state law claims or rights that plaintiff may have to damages, or any other form of relief, arising out of the alleged acts or omissions of defendants or any official, employee, or agent, either past or present, of the City of New York, or any agency thereof, in connection with the facts and circumstances that are the subject of this action.

        This offer of judgment may only be accepted by written notice within 14 days after being served.

This offer of judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by defendants or any official, employee, or agent of the City of New York, or any agency thereof; nor is it an admission that plaintiff has suffered any damages.

Acceptance of this offer of judgment will act to release and discharge defendants; their successors or assigns; and all past and present officials, employees, representatives, and agents of the City of New York, or any agency thereof, from any and all claims that were or could have been alleged by plaintiff arising out of the facts and circumstances that are the subject of this action.

Acceptance of this offer of judgment also will operate to waive plaintiff's rights to any claim for interest on the amount of the judgment.

Plaintiff Kedwin Payamps agrees that payment of Fifty Thousand and One ($50,001.00) Dollars within ninety (90) days of the date of acceptance of the offer shall be a reasonable time for such payment, unless plaintiff received medical treatment in connection with the underlying claims in this case for which Medicare has provided, or will provide, payment in full or in part.  If plaintiff Kedwin Payamps is a Medicare recipient who received medical treatment in connection with the claims in this case, the ninety (90) day period for payment shall start to run from the date plaintiff submits to counsel for defendants a final demand letter from Medicare.

By acceptance of this Rule 68 Offer of Judgment, plaintiff Kedwin Payamps agrees to resolve any claim that Medicare may have for reimbursement of conditional payments it has made as secondary payer, and a Medicare Set-Aside Trust shall be created, if required by 42 U.S.C. § 1395y(b) and 42 C.F.R. §§ 411.22 through 411.26.  Plaintiff Kedwin Payamps

further agrees to hold harmless defendants and all past and present officials, employees, representatives and agents of the City of New York, or any agency thereof, regarding any past and/or future Medicare payments, presently known or unknown, made in connection with this matter.

The judgment shall contain and recite the terms and conditions set forth herein.

Dated:    New York, New York
          August 9, 2023

                              HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the
   City of New York
*Attorney for Defendants City, de Blasio, Shea, Monahan, Lance, Johnson, and Auguste*
100 Church Street, Room
New York, New York 10007
(212) 356-2617

By   _____
    Michael Pesin-Virovets
    *Assistant Corporation Counsel*

To:   **VIA FIRST CLASS AND ELECTRONIC MAIL**
Jessica Massimi, Esq.
Cohen & Green P.L.L.C.
1639 Centre Street, Suite 216
Ridgewood, NY 11385