UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
KEDWIN PAYAMPS,

                     Plaintiff,

    -against-

THE CITY OF NEW YORK, et al.,

                    Defendants.
------------------------------------------------------------------------X

**DECLARATION OF SERVICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT**

**22-cv-0563 (AMD)(VMS)**

JESSICA MASSIMI hereby declares under penalties of perjury:

1. I am over 18 years of age and not a party to this action.

2. On August 15, 2023, I accepted the Defendants' Rule 68 Offer of Judgment by providing written notice as specified in the Offer of Judgment, via email, to Michael Pesin-Virovets, Esq., Senior Counsel, Special Federal Litigation Division, New York City Law Department, at his Law Department e-mail address.

Dated: Brooklyn, New York
         August 29, 2023

*Jessica Massimi*
_____