

November 7, 2023

**BY ECF**
Hon. Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>Payamps v. City of New York</u>, 22-cv-00563

Dear Judge Donnelly:

    This firm along with co-counsel represents the Plaintiff. We write to respectfully ask for clarification of the Court's Order of earlier today regarding ECF No. 84.

    We provided timesheets and a fee demand to the City on October 23. We have not yet received a settlement offer from the City regarding fees, but followed up with defense counsel today. We are unclear whether Your Honor's Order requires us to file a fee application if settlement discussions are still ongoing.  If this was the Court's intention, we respectfully request that the Court extent the 11/15 deadline for any fee application by 30 days.

    We thank the Court for its time and consideration.

    Respectfully submitted,

    /s/
    _____
    Jessica Massimi
    *Pronouns: She/Her*
    **COHEN&GREEN P.L.L.C.**
    *Attorneys for Plaintiff*
    1639 Centre St., Suite 216
    Ridgewood, New York 11385

cc:
All relevant parties by ECF.