

February 9, 2024

Hon. Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

<u>By Electronic Filing.</u>

    Re:    <u>Payamps v. City of New York</u>, 22-cv-00563

Dear Judge Scanlon:

    My firm is co-counsel for Plaintiff in the case above. I am pleased to write and let the Court know that just now (e.g., in the last hour), the parties have reached a settlement in principle on attorneys' fees provided for in the Judgment. *See* ECF No. 86 ¶ 1.

    Given that, there remains only some brief housekeeping. First, Plaintiff withdraws the motion at ECF No. 89. And second, Plaintiff asks the Court to give the parties 30 days to file a final, written settlement on attorneys' fees.

    As always, we thank the Court for its time.

Respectfully submitted,

/s/
_____
Remy Green
  *Pronouns/Honorific: they, them / Mx.*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by ECF.