

February 9, 2024

Hon. Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

By Electronic Filing.

Re:   Payamps v. City of New York, 22-cv-00563

Dear Judge Donnelly:[1]

My firm is co-counsel for Plaintiff in the case above. I am pleased to write and let the Court know that just now (e.g., in the last hour), the parties have reached a settlement in principle on attorneys' fees provided for in the Judgment. See ECF No. 86 ¶ 1.

Given that, there remains only some brief housekeeping. First, Plaintiff withdraws the motion at ECF No. 89. And second, Plaintiff asks the Court to give the parties 30 days to file a final, written settlement on attorneys' fees.

As always, we thank the Court for its time.

Respectfully submitted,

/s/
_____
Remy Green
  Pronouns/Honorific:  they, them / Mx.
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by ECF.

---

[1] I apologize, I did not update this line in the initial version and the letter's salutation incorrectly was directed to Judge Scanlon, so I am filing a corrected version.